| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2019** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Conner, Christopher C. | 2. Court or Organization<br><br>Middle District Pennsylvania | 3. Date of Report<br><br>08/05/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>P.O. Box 847<br>Harrisburg, PA 17108-0847 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Custodian | Fidelity Advisor 529 College Savings Plan #2 |
| 2.  Trustee | Trustee Account #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 08/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | The Pennsylvania State University - Law School -teaching | $24,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 08/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Pennsylvania State Employees Credit Union | Mortgage equity loan on Rental Property, Mechanicsburg, PA (Prop Sold 1/30/2019) | None |
| 2. | PenFed Credit Union (X) | Mortgage secured by personal real estate, Scranton, PA (Prop sold January 2020) | K |
| 3. | FNB Bank (X) | Mortgage secured by personal real estate, Harrisburg, PA (Refinanced PenFed CU-Nov 2019) | L |
| 4. | First National Bank (X) | Mortgage secured by personal/rental real estate, Lewes, DE (PURCHASED April 2019) | O |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. First National Bank cash accounts (formerly referred to as FNB) | A | Interest | J | T | | | | | |
| 2. Fidelity-Core Cash Acct X | A | Interest | J | T | | | | | |
| 3. RENTAL PROPERTY, Mechanicsburg, PA (2004, $302,250) | A | Rent | | | Sold | 01/30/19 | M | F | |
| 4. RENTAL PROPERTY, Lewes, DE (Purch $775,00) | E | Rent | O | R | Buy | 04/18/19 | O | | |
| 5. - DowDuPont Inc. common stock | A | Dividend | J | T | | | | | |
| 6. Charles Schwab Investment Portfolio #1(H) | | | | | | | | | |
| 7. - Schwab Value Advantage Money Fund | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9. Charles Schwab Investment Portfolio #2(H) | | | | | | | | | |
| 10. - Schwab Value Advantage Money Fund | C | Dividend | M | T | | | | | |
| 11. | | | | | | | | | |
| 12. TRUSTEE ACCOUNT #1 (H) | | | | | | | | | |
| 13. - Schwab One money market account | A | Interest | L | T | | | | | |
| 14. - US Treasury Bill | B | Interest | L | T | | | | | |
| 15. - US Treasury Bill | A | Interest | L | T | Buy | 08/19/19 | L | | |
| 16. - Berkshire Hathaway Class B common stock | | None | J | T | Sold (part) | 05/15/19 | J | B | |
| 17. - Alphabet Inc Class C common stock | | None | J | T | Buy | 12/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Conner, Christopher C.** | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Pimco Income Fund Class A&D | B | Dividend | | | Sold | 05/08/19 | J | A | |
| 19.   - Schwab Fundamental International Large Company Index Fund | A | Dividend | | | Sold | 03/25/19 | J | A | |
| 20.   - Vanguard Dividend Growth Fund Investor shares | A | Dividend | J | T | | | | | |
| 21.   - Vanguard Selected Value Fund | A | Dividend | | | Sold | 03/25/19 | J | A | |
| 22.   - Select STR Financial Select SPDR ETF | A | Dividend | | | Sold | 05/29/19 | K | B | |
| 23.   - Invesco QQQ Trust-Spinoff from Powershares QQQ TR | A | Dividend | | | Sold | 07/10/19 | J | B | |
| 24.   -Invesco Senior Loan ETF | B | Dividend | | | Sold | 01/28/19 | K | | |
| 25.   - IShares US Healthcare ETF | A | Dividend | J | T | | | | | |
| 26.   - IShares US Medical Devices ETF | A | Dividend | J | T | | | | | |
| 27.   - SPDR Gold Shares | | None | K | T | Buy (add'l) | 05/29/19 | J | | |
| 28.   - Vanguard Value ETF | A | Dividend | | | Sold | 03/25/19 | K | | |
| 29.   - IShares MSCI Brazil ETF | A | Dividend | J | T | Buy | 10/31/19 | J | | |
| 30.   -Vanguard Hi Divd Yield ETF | A | Dividend | J | T | Buy | 08/25/19 | J | | |
| 31. | | | | | | | | | |
| 32.   CHARLES SCHWAB IRA #1 (H) | | | | | | | | | |
| 33.   - Charles Schwab Bank Sweep insured deposit account | A | Interest | J | T | | | | | |
| 34.   - Schwab Value Advantage Money Fund | A | Dividend | | | Redeemed | 10/31/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 08/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   CHARLES SCHWAB IRA #2 (H) | | | | | | | | | |
| 36.   - Schwab Value Advantage Money Fund | C | Dividend | N | T | | | | | |
| 37. | | | | | | | | | |
| 38.   FIDELITY IRA ACCOUNT #2 (H) | | | | | | | | | |
| 39.   - Fidelity Extended Market Index Investor Fund (X) | A | Dividend | J | T | | | | | |
| 40.   - Fidelity Select Biotechnology Fund (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, Line 4 - Rental Property was purchased in Lewes, DE on April 18, 2019 for a total contract price of $775,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Conner, Christopher C. | 08/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Christopher C. Conner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544